## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

VORIS v. RESURGENT CAPITAL SERVICES                Case No. 06CV2253JM(RBB)
                                                   **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                Rptr. _____

                              Attorneys
        Plaintiffs                              Defendants

Robert Hyde                            Tomio Narita
Doug Campion


PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

On June 14, 2007, Plaintiffs filed Plaintiff's Notice of Ex Parte Application to Modify the Courts Scheduling Order to extend the time within which to bring a motion to amend the Complaint [doc. no. 29]. The Defendant filed its Response, opposing the Plaintiffs' request [doc. no. 30]. After reviewing the Application and Response, the Court finds that Plaintiffs have not shown good cause to grant the requested relief. For this reason, Plaintiffs' Ex Parte Application is denied.


DATE: June 19, 2007           IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Miller                       INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\VORIS2253\MINUTES05.wpd